# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collins, Daniel P. | U.S. Court of Appeals for the Ninth Circuit | 06/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Richard H. Chambers Courthouse
125 South Grand Avenue, Suite 200
Pasadena, California 91105-1620

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (through 5/21/19) | Munger, Tolles & Olson LLP |
| 2. | Director (through no later than 5/21/19) | The Munger, Tolles & Olson Foundation |
| 3. | Director (through approx. 3/2019) | Friends of the Los Angeles County Law Library |
| 4. | Member, Advisory Council (through 11/2019) | Ninth Judicial Circuit Historical Society |
| 5. | Member | American Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Munger Tolles & Olson LLP, retirement and pension plans through former law firm (until July 2019 partial cashout and partial rollover to IRA) |
| 2. | 2019 | Munger Tolles & Olson LLP, post-departure payment of final partnership distribution for pre-departure services and return of capital account |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. To 5/21/19 | Munger, Tolles & Olson LLP, partnership income | $484,083.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federalist Society | October 3, 2019 | Stanford Law School, Stanford, CA | Panel Discussion | Transportation, meal, hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 06/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Munger Tolles & Olson LLP | Reception following Investiture Ceremony | $23,170.58 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | St. Monica Academy | Tuition Agreement | K |
| 2. | Fanfaire, Inc. | Deposit due under Stadium Seat License Agreement | K |
| 3. | University of Dallas | Tuition Agreement | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 06/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  MTO 401(k) Profit Sharing Plan (Wells Fargo) (H) | | | | | | | | | |
| 2.  -- American Funds Investment Co of America R6 | D | Dividend | | | Buy (add'l) | 03/13/19 | J | | |
| 3. | | | | | Sold | 07/02/19 | N | A | |
| 4.  -- American Funds EuroPacific Growth R6 | A | Dividend | | | Buy (add'l) | 03/13/19 | J | | |
| 5. | | | | | Sold | 07/02/19 | N | A | |
| 6.  -- Metropolitan West Total Return Bond Fund | C | Dividend | | | Buy (add'l) | 03/13/19 | J | | |
| 7. | | | | | Sold | 07/02/19 | M | A | |
| 8.  MTO Profit Sharing Plan (Wells Fargo) (H) | | | | | | | | | |
| 9.  -- American Funds Investment Co of America R6 | C | Dividend | | | Buy (add'l) | 03/13/19 | J | | |
| 10. | | | | | Sold | 07/05/19 | N | | |
| 11.  -- American Funds EuroPacific Growth R6 | A | Dividend | | | Buy (add'l) | 03/13/19 | J | | |
| 12. | | | | | Sold | 07/05/19 | M | | |
| 13.  -- Metropolitan West Total Return Bond Fund | C | Dividend | | | Buy (add'l) | 03/13/19 | J | | |
| 14. | | | | | Sold | 07/05/19 | M | | |
| 15.  MTO Cash Balance Pension Plan | | None | | | Distributed | 08/21/19 | N | A | |
| 16.  ScholarShare 529 #1 (H) | | | | | | | | | |
| 17.  -- Passive Age Based Portfolio | | None | N | T | Distributed (part) | 08/29/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 06/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ScholarShare 529 #2 (H) | | | | | | | | | |
| 19. -- Passive Age Based Portfolio | | None | N | T | | | | | |
| 20. ScholarShare 529 #3 (H) | | | | | | | | | |
| 21. -- Passive Age Based Portfolio | | None | N | T | | | | | |
| 22. Schwab One Account (H) | | | | | | | | | |
| 23. -- Schwab Bank Sweep Account | A | Interest | K | T | | | | | |
| 24. -- Janus Henderson High Yield Fund | A | Dividend | J | T | | | | | |
| 25. Bank of America Cash Accounts | A | Interest | O | T | | | | | |
| 26. Wells Fargo Cash Accounts | A | Interest | K | T | | | | | |
| 27. City National Cash Account | A | Interest | N | T | | | | | |
| 28. Chase Cash Accounts | A | Interest | K | T | Open | 06/28/19 | K | | |
| 29. PayFlex Health Savings Account | A | Interest | K | T | | | | | |
| 30. Munger, Tolles & Olson LLP Capital Account | E | Interest | | | Distributed | 05/31/19 | O | | |
| 31. Fidelity IRA (H) | | | | | | | | | |
| 32. -- Fidelity Sweep Account (Citibank) | A | Interest | L | T | Open | 07/10/19 | O | | |
| 33. -- Morgan Stanley Insight A | E | Dividend | N | T | Buy | 07/12/19 | N | | |
| 34. -- Value Line Cap Appreciation Inv | D | Dividend | M | T | Buy | 07/12/19 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 06/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    -- Wells Fargo Diversif Cap Builder CL A | D | Dividend | M | T | Buy | 07/12/19 | M | | |
| 36.    -- Fidelity Investment Grade | B | Dividend | M | T | Buy | 07/12/19 | M | | |
| 37.    -- Eaton Vance Short Duration Gov Inc A | B | Dividend | M | T | Buy | 07/12/19 | M | | |
| 38.    -- Janus Henderson Multisector Income T | C | Dividend | M | T | Buy | 07/12/19 | M | | |
| 39.    -- Pimco Income Fund CL A | C | Dividend | M | T | Buy | 07/12/19 | M | | |
| 40.    -- Pimco Preferred & Capital Secs CL A | D | Dividend | M | T | Buy | 07/12/19 | M | | |
| 41.    -- Fidelity Money Market Premium Class | B | Dividend | M | T | Buy | 07/12/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 06/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, the proceeds from the listed sales for the MTO 401(k) Profit Sharing Plan and the MTO Profit Sharing Plan were directly rolled over into my newly created Fidelity IRA, except that the Roth 401(k) portion of the MTO 401(k) Profit Sharing Plan was cashed out. Accordingly, no gain is listed for the amounts rolled over. The gain on the Roth 401(k) distribution from the MTO 401(k) Profit Sharing Plan is allocated among the three funds based on their proportionate size at the time of that cashout.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544